UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-30019-MAP |
| ) | |
| vs. ) | VIOLATION: |
| ) | |
| ) | 18 U.S.C. § 922(g)(1) – |
| ROBERT KNOWLES, ) | Possession of a Firearm by a |
| Defendant. ) | Convicted Felon |
| ) | (Count One) |

INDICTMENT

The Grand Jury charges that:

<u>COUNT ONE</u>:   Title 18, United States Code, Section 922(g)(1) – Possession of a Firearm by a Convicted Felon

1. On or about April 21, 2003, in Three Rivers, Massachusetts,

ROBERT KNOWLES,

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in or affecting interstate commerce, the following firearms and ammunition,

    Lorcin 9mm handgun with a serial number of L119561;

    20 rounds of Federal 9mm jacketed hollow point ammunition; and

    1 box of Winchester .410 ammunition

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

___James R. Goodhines_____
JAMES R. GOODHINES
SPECIAL ASSISTANT UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS: ~~March~~ April 15, 2004    1:40 pm

    Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK OF THE COURT