AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ROBERT KNOWLES

**APPEARANCE**

Case Number: 04cr30019-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

I certify that I am admitted to practice in this court.

_4/15/04_
Date

_James R. Goodhines_
Signature

JAMES R. GOODHINES     629578
Print Name     Bar Number

1550 Main Street, #310
Address

Springfield, MA 01103
City     State     Zip Code

(413) 785-0235     (413) 785-0394
Phone Number     Fax Number



AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

                                        DISTRICT OF       MASSACHUSETTS

UNITED STATES OF AMERICA

         V.

ROBERT KNOWLES

**APPEARANCE**

Case Number: 04cr30019-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   the United States of America.

I certify that I am admitted to practice in this court.

Date: 4/15/04

Signature: *James R. Goodhines*

JAMES R. GOODHINES       629578
Print Name                           Bar Number

1550 Main Street, #310
Address

Springfield, MA 01103
City             State           Zip Code

(413) 785-0235       (413) 785-0394
Phone Number                 Fax Number

