UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.   )<br>)<br>)<br>ROBERT KNOWLES,   )<br>Defendant   ) | Criminal No. 04-30019-MAP |

INTERIM SCHEDULING ORDER
June 14, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial Status Conference this day:

1. A final status conference will be held on July 15, 2004, at 2:00 p.m. in Courtroom III.

2. On or before the close of business, July 13, 2004, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge