UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> ROBERT KNOWLES, ) <br> Defendant ) | Criminal No. 04-30019-MAP |

INTERIM STATUS REPORT
July 15, 2004

NEIMAN, U.S.M.J.

The court held a Status Conference this day, pursuant to Local Rule 116.5 and in accord with Local Criminal Rule 116.5(B), reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled a Final Status Conference for September 1, 2004.

3. The parties -- and the court -- have agreed and determined that no time has run on the Speedy Trial Clock through today. A separate order shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge