UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  )
                          )
                          )
      v.                  )    Criminal No. 04-30019-MAP
                          )
                          )
ROBERT KNOWLES,           )
      Defendant.          )

            PARTIES' THIRD JOINT MEMORANDUM
            PURSUANT TO LOCAL RULE 116.5(A)

   The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and counsel for the defense, hereby file their joint memorandum pursuant to Local Rule 116.5(A):

   1.   Relief should not be granted from the otherwise applicable timing requirements imposed by L.R. 116.3. The government has provided automatic discovery.

   2.   The defendant has sought discovery concerning expert witnesses under Fed. R. Crim. P. 16(a)(1)(E).

   3.   Both the government and the defense agree to confer with respect to discovery issues should either side receive additional information, documents, or reports of examinations or tests.

   4.   The defendant has informed the government of his intention to file further motion for discovery and evidentiary motions to suppress statements and physical evidence. At the upcoming status conference, a motion schedule should be

established under Fed. R. Crim. P. 12(c).

5.  The defense and the government agree that all of the time from arraignment until the date of the filing of the defendant's motions or the next status conference should be excluded under the Speedy Trial Act.

6.  It is still not clear whether a trial will be necessary.

7.  A final status conference should be scheduled within 30 days.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

             by:     _____-s-_____
                        JAMES R. GOODHINES
                        Special Asst. U.S. Attorney


                        _____-s-_____
                        ALAN J. BLACK, Esq.
                        Counsel for Defendant

Date:   August 30, 2004

2