UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>ROBERT KNOWLES, )<br>       Defendant ) | Criminal No. 04-30019-MAP |

INTERIM SCHEDULING ORDER
September 1, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the Final Status Conference this day.

1. Defendant shall file any remaining discovery motions by September 7, 2004, to which the Government shall respond by September 21, 2004.

2. The final status conference is continued to September 30, 2004, at 2:00 p.m. in Courtroom III, at which time the court will address any outstanding discovery motion.

IT IS SO ORDERED.

                                                   /s/   Kenneth P. Neiman

                                                   KENNETH P. NEIMAN

                                                   U.S. Magistrate Judge

Case 3:04-cr-30019-MAP    Document 14    Filed 09/01/2004    Page 2 of 2