UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>V. )<br>)<br>)<br>ROBERT KNOWLES, )<br>Defendant, )<br>) | CRIMINAL NO. 04-30019-MAP |

## DISCLOSURE OF 3500 MATERIALS

Now comes the defendant in the above-entitled indictment and requests this Honorable Court order the government to dislcose 3500 materials for all witnesses, governement or defense called law inforcement witnesses at Motions to Suppress as well as trial.

The grounds are set forth with greater particularity in the accompanying memorandum.

Respectfully submitted,

THE DEFENDANT

By: _____
ALAN JAY BLACK, His Attorney
Morton and Black
1383 Main Street
Springfield, MA 01103
(413) 732-5381
BBO# 553768

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> V. <br><br> ROBERT KNOWLES, <br> Defendant, | CRIMINAL NO. 04-30019-MAP |

## MEMO IN SUPPORT OF DISCLOSURE OF 3500 MATERIALS

Fed.R.Crim.P., 12(i) provides for disclosure of 3500 materials for government witnesses or defense called Law Enforcement witness at Motion to Suppress hearings.

Defendant may file suppression motions relating to illegally seized tangible evidence, statements and/or identification. He will require disclosure of 3500 materials in order to effectively prosecute the Motion to Suppress and to defend himself at trial. See, Jencks Act. 128 USC 3500.

Respectfully submitted,

THE DEFENDANT

By: _____
ALAN JAY BLACK, His Attorney
1383 Main Street
Springfield, MA 01103
(413) 732-5381
BBO# 553768