# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATS OF AMERICA      ) | |
|                                  ) | |
|                                  ) | |
| V.                               ) | CRIMINAL NO. 04-30019-MAP |
|                                  ) | |
| ROBERT KNOWLES             ) | |
|                                  ) | |

## CERTIFICATE OF SERVICE

I, ALAN J. BLACK, attorney for the DEFENDANT, hereby certify that I have served a copy of the attached Defendant's Motion for Disclosure of Exculpatory Evidence and Memo in Support, Request for Discovery Under Rule 404(b) and Memo in Support, Disclosure of 3500 Materials and Memo in Support, Defendant's Motion for Discovery of Expert Testimony and Memo in Support, Defendant's Motion for Discovery and Inspection and Memo in Support by serving in hand on this 7th day of September 2004, to James Goodhines, 1500 Main Street, Springfield, MA 01103.

Alan J. Black, Esq.