AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

_____FIRST_____  DISTRICT OF  _____MASSACHUSETTS_____

United States of America

v.

Robert Knowles

**APPEARANCE**

Case Number:   04cr30019-KPN

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   United States of America.

I certify that I am admitted to practice in this court.

_30 September 2004_
Date

Signature

_Paul H. Smyth_                    _634600_
Print Name                         Bar Number

_U.S. Attorney's Office, 1550 Main St., Suite 310_
Address

_Springfield_         _MA_    _01103_
City                  State        Zip Code

_(413) 785-0235_      _(413) 785-0394_
Phone Number          Fax Number