UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-30019-MAP |
| ) | |
| ROBERT KNOWLES, ) | |
| Defendant ) | |

FINAL STATUS REPORT
October 7, 2004

NEIMAN, U.S.M.J.

The court held a final status conference yesterday and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. All discovery has been completed.

2. A pretrial conference has been scheduled for December 20, 2004, at 2:00 p.m. in Courtroom I. A schedule has been established requiring Defendant to file his motion to suppress by November 24, 2004, to which the Government will respond by December 15, 2004.

3. The parties state that a trial, if necessary, will take two to three days.

4. Defendant does not intend to raise a defense of insanity or public authority.

5. The parties -- and the court -- agree that, as of October 6, 2004, no time has run on the Speedy Trial clock. A separate order shall issue.

6. There are no other matters relevant to the progress or resolution of the case.

                                                            /s/ Kenneth P. Neiman

                                                                            KENNETH P. NEIMAN
                                                                            U.S. Magistrate Judge