UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | NO. 04-30019-MAP |
| ) | |
| ) | |
| V. ) | |
| ) | |
| ROBERT KNOWLES ) | |
| _____) | |

### MOTION TO CONTINUE

Now comes the Defendant, Robert Knowles, in the above-entitled matter and respectfully requests that he may have an additional week from November 24, 2004 to file his motions. The reasons for this motion are as follows:

1. Attorney for the Defendant began a first-degree murder trial in the case of Commonwealth v. Jose Pena on Monday November 15, 2004 in Hampden County, Massachusetts Superior Court.

Respectfully Submitted,
THE DEFENDANT

By: _____
Alan J. Black, Esq.
1383 Main Street
Springfield, MA 01103
Phone: (413) 732-5381
Fax: (413) 739-0046
BBO# 553768

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | NO. 04-30019-MAP |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| ROBERT KNOWLES | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, ALAN J. BLACK, attorney for the DEFENDANT, hereby certify that I have served a copy of the attached Motion to Continue, on the Commonwealth by delivering in hand, on this 23rd day of November 2004, to Paul Smyth, Assistant U.S. Attorney, 1550 Main Street, Springfield, MA 01103.

Respectfully Submitted,
THE DEFENDANT

By: /s/ Alan J. Black
Alan J. Black, Esq.
1383 Main Street
Springfield, MA 01103
Phone: (413) 732-5381
Fax: (413) 739-0046
BBO# 553768