```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
         v.                   )    CRIMINAL NO. 04-30019-MAP
                              )
ROBERT KNOWLES,               )
     Defendant.               )
                              )
```

**MOTION TO ENLARGE TIME FOR FILING OF GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS TO SUPPRESS**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully request this Court to enlarge the time for filing of the government's response to Defendant's motions from December 22, 2004 to December 29, 2004.

In support of this motion, the government states that the undersigned Assistant U.S. Attorney's competing caseload has prevented the government's response being completed by December 22, 2004.

The Defendant, through his attorney, assents to this motion requesting additional time. This request does not cause undue delay - as the date currently scheduled for motions, January 7, 2004, will not be disturbed - and is in the interests of justice.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                            By:  s/ Paul Hart Smyth
                                  _____
                                  Paul Hart Smyth
                                  Assistant U.S. Attorney