UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

                                                    **CASE NO. 04-30019 -MAP**

                 **V.**

**Robert Knowles**

## NOTICE

PLEASE TAKE NOTICE that the above-entitled case has been set for a Evidentiary Hearing on Motion to Suppress on February 28, 2005 at 2:30 P.M., before Michael A. Ponsor, U.S. D.J In Courtroom # __1__ on the __5th__ floor.

                                                   **TONY ANASTAS,**
                                                   **CLERK OF COURT**

    **2/8/05**
                                                   **By: /s/ Elizabeth A. French**
        Date                                        **Deputy Clerk**

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)                                                                  [kntchrgcnf.]
                                                                                                                                             [ntchrgcnf.]