UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**CASE NO. 04-30019 MAP**

V.

**ROBERT KNOWLES**

## NOTICE

PLEASE TAKE NOTICE that the above-entitled case has been set for a EVIDENTIARY HEARING on MARCH 2, 2005 at 2:00 P.M., before Michael A. Ponsor, U.S. D.J In Courtroom # 1 on the 5th floor.

2/16/05
Date

TONY ANASTAS,
CLERK OF COURT

By: /s/ Elizabeth A. French
Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)

[kntchrgcnf.]
[ntchrgcnf.]