UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATS OF AMERICA ) <br> ) <br> ) <br> V.                                             ) <br> ) <br> ROBERT KNOWLES                    ) <br> ) | CRIMINAL NO. 04-30019-MAP |

### ASSENTED TO MOTION TO EXTEND TIME FOR FILING DEFENDANT'S SUPPLEMENTAL MOTION TO SUPPRESS

Now comes the Defendant, Robert Knowles, in the above-entitled matter and respectfully requests that the date for filing his Supplemental Suppression Motion be extended for one week from March 9, 2005 to March 16, 2005. The reasons for this motion are as follows:

1. Attorney for the Defendant has been home sick with a headache and fever of 102 degrees for past week;

2. Attorney for the Defendant has been weak and has not been able to sit in front of the computer long enough to complete the Defendant's Supplemental Motion to Suppress.

Assistant United States Attorney Paul Smyth has assented to this motion.

Respectfully Submitted,
THE DEFENDANT

By: _____
Alan J. Black, Esq.
1383 Main Street
Springfield, MA 01103
Phone: (413) 732-5381
BBO# 553768

_____
Paul Smyth

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATS OF AMERICA )
)
)
V. )
) CRIMINAL NO. 04-30019-MAP
)
ROBERT KNOWLES )
)

## CERTIFICATE OF SERVICE

I, ALAN J. BLACK, attorney for the DEFENDANT, hereby certify that I have served a copy of the attached Motion to Extend Time for Filing by serving in hand on this 9th day of March 2005, to Assistant United States Attorney Paul Smyth, 1500 Main Street, Springfield, MA 01103.

Alan J. Black, Esq.