

U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

*Main Reception: (617) 748-3100*

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

March 28, 2005

Attorney Alan Jay Black
1383 Main Street
Springfield, MA

    Re:  United States v. ROBERT KNOWLES
           No.04-30019-MAP

Dear Attorney Black:

    This letter is a follow-up to our conversation on March 24, 2005, during which you informed me that Robert Knowles wanted to plead guilty to the indictment, and by doing so, to receive a three-point deduction in his offense level for his acceptance of responsibility. As you are aware, sentencing in federal criminal cases is controlled by the United States Sentencing Guidelines. As of April 30, 2003, U.S.S.G. §3E1.1 concerning adjustments for acceptance of responsibility states:

    (a)  If the defendant clearly demonstrates acceptance of responsibility for his offense, decrease the offense level by 2 levels.

    (b)  If the defendant qualifies for a decrease under subsection (a), the offense level determined prior to the operation of subsection (a) is level 16 or greater, and upon motion of the government stating that the defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying the authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently, decrease the offense level by 1 additional level.

    This letter is to inform you that as of March 31, 2005, I

expect to be well into the preparation for the trial of this case. Therefore, if your client wants to obtain the third point for acceptance of responsibility under U.S.S.G. §3E1.1 he must either enter into a written plea agreement with this office or plead guilty by that date. Only in this manner can we avoid preparing for trial and efficiently allocate our resources.

Should your client notify the government after March 31, 2005 of his intention to enter a plea of guilty, the government will not file the motion contemplated by U.S.S.G. §3(b)1.1 and the Court will only have authority to decrease your client's offense level by 2 levels if he has clearly demonstrated acceptance of responsibility for his offense.

Please inform your client of this timing consideration.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Paul Hart Smyth
Assistant U.S. Attorney


cc: Elizabeth French
    Clerk to the Honorable Michael A. Ponsor
    United States District Judge