UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:   HAM[PDEN COUNTY HOUSE OF CORRECTIONS

YOU ARE COMMANDED to have the body of   ROBERT KNOWLES   now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1550 Main St., U.S. Marshal's Office, 4th Floor, Springfield, Massachusetts on APRIL 20, , 2005  , at   10:00 A.M..

for the purpose of   CHANGE OF PLEA  HEARING

in the case of   UNITED STATES OF AMERICA V. ROBERT KNOWLES

Number  C.R. 04-30019-MAP

And you are to retain the body of said ROBERT KNOWLES   while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said  ROBERT KNOWLES   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this   19TH   day of   APRIL, 2005   .


PONSOR, D.J.
UNITED STATES DISTRICT JUDGE

                        TONY ANASTAS
                        CLERK OF COURT
      SEAL

                        By: /S/ ELIBABETH A. FRENCH
                        Deputy Clerk

(Habeas Writ.wpd - 2/2000)                                                                                   [kwhcap.] or
                                                                                                   [kwhcat.]