UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>    v.        )<br> )<br>ROBERT KNOWLES,    )<br>    Defendant.    )<br> ) | CRIMINAL NO. 04-30019- MAP |

**GOVERNMENT'S MOTION TO SCHEDULE A DATE FOR SENTENCING**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves this Court to schedule a date for sentencing on a date after the first week of August.  This should allow both parties sufficient time to prepare for the sentencing hearing.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                          By:   /s/ Paul Hart Smyth
                               _____
                               Paul Hart Smyth
                               Assistant U.S. Attorney

Dated: June 17, 2005

CERTIFICATE OF SERVICE

Hampden, ss.                                   Springfield, Massachusetts
                                               June 18, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail to Attorney Alan Black, 1383 Main Street, Springfield, MA.

                                             /s/ Paul Hart Smyth
                                             Paul Hart Smyth
                                             Assistant U.S. Attorney