UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**

**V.**

**ROBERT KNOWLES**

       **Defendant**

**CIVIL / CRIMINAL CASE NO.** 04-30019

## NOTICE

**PONSOR** D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for **SENTENCING HEARING** ON 8/18/05 at 2:00 P.M. before Judge **PONSOR** in Courtroom # 1 on the 5TH floor.

SARAH A. THORNTON,
CLERK OF COURT

6/23/05

By: /s/Elizabeth A. French
Deputy Clerk

**Date**

**Notice mailed to:**
    all counsel of record
    pretrial
    probation

(Notice of Hearing.wpd - 3/7/2005)