UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-30019-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| ROBERT KNOWLES | ) |
| | ) |

**ASSENTED TO MOTION TO CONTINUE**

    Now comes the Defendant, Robert Knowles, in the above-entitled matter and respectfully requests that he may have additional time to complete his objections to the pre-sentence report. The Defendant is also requesting that the sentencing hearing be continued from September 28, 2005 to such a date as is mutually agreeable to all parties. The reasons for this motion are as follows:

1. Assistant United States Attorney, Paul Smyth, is still exploring the extent of the affect that the defendant's cooperation will have on his recommendation;

2. I need to have this information from Paul Smyth before I can file my objections.

        THE DEFENDANT
        /s/ Alan J. Black
        Alan J. Black, Esq.
        1383 Main Street
        Springfield, MA  01103
        Phone:  (413) 732-5381
        Fax:  (413) 739-0046
        BBO# 553768

        /s/ Paul Smyth
        Paul Smyth, AUSA