UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
) Cr. No. 04-CR-30019
)
ROBERT KNOWLES, )
Defendant. )

## GOVERNMENT'S MOTION TO SEAL AND IMPOUND

The United States of America, by its undersigned attorneys, respectfully requests that the Court seal and impound the accompanying motion. The motion contains sensitive information. Premature release of this document, and any resulting court orders, could jeopardize the investigation and place the defendant at risk.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
PAUL H. SMYTH
Assistant U.S. Attorney

Dated: October 3, 2005