UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 DEC 14 P 3: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

| UNITED STATS OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| V. | ) | CRIMINAL NO. 04-30019-MAP |
| | ) | |
| ROBERT KNOWLES | ) | |

## MOTION TO WAIVE NOTICE OF APPEAL FILING FEE

Now comes the Defendant, Robert Knowles, in the above entitled-matter and hereby requests that the filing fee for the filing of the Notice of Appeal be waived. The Defendant has been incarcerated since his arrest in this matter and has no assets. The Defendant's Financial Affidavit has been attached to this motion.

Respectfully submitted,

THE DEFENDANT

By: _____
ALAN JAY BLACK
BBO No. 553768
1383 Main Street
Springfield, MA 01103
(413) 732-5381

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATS OF AMERICA | ) |
| --- | --- |
| | ) |
| V. | ) CRIMINAL NO. 04-30019-MAP |
| | ) |
| ROBERT KNOWLES | ) |

### CERTIFICATE OF SERVICE

I, ALAN J. BLACK, attorney for the DEFENDANT, hereby certify that I have served a copy of the attached Notice of Appeal and Motion to Waive Filing Fee by serving in hand on this 14th day of December 2005, to Assistant United States Attorney Paul Smyth, 1500 Main Street, Springfield, MA 01103.

_____
Alan J. Black, Esq.