UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATS OF AMERICA )<br>)<br>)<br>V. )<br>)<br>ROBERT KNOWLES )<br>) | CRIMINAL NO. 04-30019-MAP |

## NOTICE OF APPEAL

Pursuant to Rules 3 and 4 (a) of the Federal Rules of Appellate Procedure, notice is hereby given that the defendant in the above case being aggrieved by certain opinions, rulings, directions, and judgments of the Court, hereby appeals the following:

1. The sentence that judge Michael Ponsor Imposed on December 14, 2005.

Respectfully submitted,

THE DEFENDANT

By: _____
ALAN JAY BLACK
BBO No. 553768
1383 Main Street
Springfield, MA 01103
(413) 732-5381