# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cr-30019

United States of America

v.

Robert Knowles

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/14/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 11, 2006.

Sarah A. Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/11/06

*[signature]*
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL, CLOSED

# United States District Court
## District of Massachusetts (Springfield)
### CRIMINAL DOCKET FOR CASE #: 3:04-cr-30019-MAP-ALL

Case title: USA v. Knowles                                Date Filed: 04/16/2004

Assigned to: Judge Michael A Ponsor

**Defendant**

**Robert Knowles** (1)                    represented by **Alan J. Black**
*TERMINATED: 12/20/2005*                   Alan Black, Attorney at Law
                                           1383 Main Street
                                           Springfield, MA 01103
                                           413-732-5381
                                           Fax: 413 739-0446
                                           Email: alanblack@alblack.com
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*
                                           *Designation: Retained*

**Pending Counts**                         **Disposition**

                                           180 mos imprisonment; Jud. Rec. Def
                                           be allowed to serve this sentence at the
                                           Federal Facility located in Ft. Devens,
                                           MA and that he be permitted to
                                           participate in the 500 hour intensive
                                           drug abuse treatment program; Def.
                                           remanded to Marshals; Supervised
                                           release 3 yrs; def. shall not poss.
18:922G.F Felon in Possession of           firearm; def. shall cooperate in
Firearm                                    collection of DNA; Participate in
(1)                                        program for substance abuse as
                                           directed; Use true name and prohibited
                                           from the use of any aliases, false dates
                                           of birth, false social security numbers,
                                           incorrect places of birth, and any other
                                           pertinent incorrect identifying
                                           information; $100 assessment fee due
                                           immediately;

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA            represented by   **James Richard Goodhines**
United States Attorney's Office
Springfield
Federal Building and Courthouse
1550 Main Street
Room 310
Springfield, MA 01103
413-785-0108
Fax: 413-785-0395
Email: james.goodhines@usdoj.gov
*TERMINATED: 12/15/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Smyth**
U.S. Attorney's Office
1550 Main St.
Springfield, MA 01103
413-785-0106
Email: paul.smyth@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/15/2004 | 1 | INDICTMENT as to Robert Knowles (1) count(s) 1. (Stuckenbruck, John) (Entered: 04/16/2004) |
| 04/15/2004 | 2 | NOTICE OF ATTORNEY APPEARANCE James R Goodhines appearing for USA. (Stuckenbruck, John) (Entered: 04/16/2004) |
| 04/30/2004 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Initial Appearance and Arraignment as to Robert Knowles (1) Count 1 held on 4/30/2004. Deft advised of rights. Deft pleads not guilty to charges. Deft waives issue of detention at this time and will revisit it at a later date. Order of Detention to issue. Scheduling Order to issue. (Court Reporter Digital Recording.) (Healy, Bethaney) |

| | | |
|---|---|---|
| | | (Entered: 05/04/2004) |
| 04/30/2004 | | Attorney update in case as to Robert Knowles. Attorney Alan J. Black for Robert Knowles added. (Healy, Bethaney) (Entered: 05/04/2004) |
| 04/30/2004 | 3 | MOTION for Detention as to Robert Knowles by USA. (Healy, Bethaney) (Entered: 05/04/2004) |
| 04/30/2004 | 4 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER as to Robert Knowles setting Iitial Status Conference for 6/14/2004 at 2:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint memo due 6/11/04, ENTERED, cc:cl. (Healy, Bethaney) (Entered: 05/04/2004) |
| 04/30/2004 | | Motions terminated as to Robert Knowles : 3 MOTION for Detention filed by USA. (Healy, Bethaney) (Entered: 06/18/2004) |
| 04/30/2004 | 8 | Magistrate Judge Kenneth P. Neiman. ORDER OF DETENTION PENDING TRIAL as to Robert Knowles ENTERED, cc:cl. (entered on docket late due to clerical error) (Healy, Bethaney) (Entered: 06/18/2004) |
| 06/14/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Status Conference as to Robert Knowles held on 6/14/2004. Further Scheduling Order to issue. (Court Reporter Digital Recording.) (Healy, Bethaney) (Entered: 06/17/2004) |
| 06/14/2004 | 5 | Magistrate Judge Kenneth P. Neiman. INTERIM SCHEDULING ORDER as to Robert Knowles setting Final Status Conference for 7/15/2004 at 2:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman, ENTERED, cc:cl. (Healy, Bethaney) (Entered: 06/17/2004) |
| 06/14/2004 | 6 | Magistrate Judge Kenneth P. Neiman. INTERIM STATUS REPORT as to Robert Knowles, cc:cl. (Healy, Bethaney) (Entered: 06/17/2004) |
| 06/17/2004 | | Notice of correction to docket made by Court staff. Correction: Order on Excludable Delay corrected because: Deleted and reentered to correct typographical error as to Robert Knowles (Healy, Bethaney) (Entered: 06/17/2004) |
| 06/17/2004 | 7 | Magistrate Judge Kenneth P. Neiman. ORDER ON EXCLUDABLE DELAY as to Robert Knowles ENTERED, cc:cl. Time excluded from April 30, 2004 until June 14, 2004. (Healy, Bethaney) (Entered: 06/17/2004) |
| 07/15/2004 | 9 | Deft's Letter (non-motion) regarding discovery as to Robert Knowles filed. (Finn, Mary) (Entered: 07/15/2004) |
| 07/15/2004 | 10 | JOINT MEMORANDUM of the parties re initial status conference by Robert Knowles (Healy, Bethaney) (Entered: 07/16/2004) |
| 07/15/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Status Conference as to Robert Knowles held on 7/15/2004. Colloquy re: status of matter. Further scheduling order to issue. (Court Reporter Digital Recording.) (Healy, Bethaney) (Entered: 07/16/2004) |

| 07/15/2004 | 11 | Magistrate Judge Kenneth P. Neiman. INTERIM SCHEDULING ORDER as to Robert Knowles setting Status Conference set for 9/1/2004 at 2:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint statement due by 8/30/04. (Healy, Bethaney) (Entered: 07/16/2004) |
|---|---|---|
| 07/15/2004 | 12 | Magistrate Judge Kenneth P. Neiman. INTERIM STATUS REPORT as to Robert Knowles, cc:cl. (Healy, Bethaney) (Entered: 07/16/2004) |
| 08/30/2004 | 13 | JOINT MEMORANDUM pursuant to L.R. 116.5(A) of the parties re initial status conference by Robert Knowles filed.(Finn, Mary) (Entered: 08/30/2004) |
| 09/01/2004 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Goodhines and Black) appear for Status Conference as to Robert Knowles held on 9/1/2004. Final Status Conference continued to 9/30/04. Order to issue. (Court Reporter Digital Recording.) (Healy, Bethaney) (Entered: 09/01/2004) |
| 09/01/2004 | 14 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER as to Robert Knowles setting Final Status Conference set for 9/30/2004 02:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; discovery motions due by 9/7/04; Govt response by 9/21/04, ENTERED, cc:cl. (Healy, Bethaney) (Entered: 09/01/2004) |
| 09/07/2004 | 15 | Deft's MOTION for Disclosure of Exculpatory Evidence as to Robert Knowles filed. (Finn, Mary) (Entered: 09/07/2004) |
| 09/07/2004 | 16 | Deft's MOTION for Discovery under Rule 404(b)as to Robert Knowles filed. (Finn, Mary) (Entered: 09/07/2004) |
| 09/07/2004 | 17 | Deft's MOTION for Disclosure of 3500 Materialsas to Robert Knowles filed. (Finn, Mary) (Entered: 09/07/2004) |
| 09/07/2004 | 18 | MOTION for Discovery of Expert Testimonyas to Robert Knowles filed.. (Finn, Mary) (Entered: 09/07/2004) |
| 09/07/2004 | 19 | MOTION for Discovery and Inspectionas to Robert Knowles filed.(Finn, Mary) Additional attachment(s) added on 9/7/2004 (Finn, Mary). (Entered: 09/07/2004) |
| 09/21/2004 | 20 | Assented to MOTION for Extension of Time to September 30, 2004 to File Government's Response to Defendant's Discovery Request as to Robert Knowles by USA. (Smyth, Paul) (Entered: 09/21/2004) |
| 09/22/2004 |  | Judge Kenneth P. Neiman : ELECTRONIC ORDER entered granting in part and denying in part 20 Government's assented-to Motion for Extension of Time to File as to Robert Knowles (1). The Government shall file its rsponses by September 29, 2004. So ordered. (Neiman, Kenneth) (Entered: 09/22/2004) |
| 09/30/2004 | 21 | Assented to MOTION for Extension of Time to October 6, 2004 to File Response/Reply *to Defendant's Discovery Request* as to Robert Knowles by USA. (Smyth, Paul) (Entered: 09/30/2004) |

| 09/30/2004 | 22 | NOTICE OF ATTORNEY APPEARANCE Paul Smyth appearing for USA. (Finn, Mary) (Entered: 09/30/2004) |
|---|---|---|
| 10/01/2004 |  | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 21 Motion for Extension of Time until October 6, 2004, to File Response/Reply to discovery motions as to Robert Knowles (1) ENTERED, cc:cl. ALLOWED. Government's response to the motions shall be filed by October 6, 2004. The September 30, 2004 status conference is continued to October 6, 2004, at 1:30 p.m. (Healy, Bethaney) (Entered: 10/01/2004) |
| 10/05/2004 | 23 | NOTICE re automatic disclosure as to Robert Knowles *Government's Automatic Discovery Letter* (Smyth, Paul) (Entered: 10/05/2004) |
| 10/05/2004 | 24 | RESPONSE to Motion by USA as to Robert Knowles re 19 MOTION for Discovery, 15 MOTION for Disclosure, 16 MOTION for Discovery, 17 MOTION for Disclosure (Smyth, Paul) (Entered: 10/05/2004) |
| 10/05/2004 | 25 | Govt's Letter (non-motion) regarding automatic discovery obligations as to Robert Knowles filed.(Finn, Mary) (Entered: 10/06/2004) |
| 10/06/2004 |  | Judge Kenneth P. Neiman : ELECTRONIC ORDER entered granting 15 Motion for Disclosure of Exculpatory Evidence, 16 Motion for Discovery under Rule 404(b), 17 Motion for Disclosure of 3500 Materials, and 19 Motion for Discovery and Inspection, all within the parameters of the Government's Opposition 24, Defendant having indicated at oral argument this day his satisfaction with the Government's response; and finding moot 18 Motion for Expert Discovery, provided that the Government make its expert disclosures to Defendant by October 20, 2004. So ordered. (Neiman, Kenneth) (Entered: 10/06/2004) |
| 10/06/2004 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Black and Smyth) appear for Status Conference as to Robert Knowles held on 10/6/2004. Order to issue. (Court Reporter Digital Recording.) (Healy, Bethaney) (Entered: 10/07/2004) |
| 10/07/2004 | 26 | Magistrate Judge Kenneth P. Neiman. FINAL STATUS REPORT as to Robert Knowles, cc:cl. Initial Pretrial Conference set for 12/20/2004 at 2:00 PM in Courtroom 2 before Honorable Michael A Ponsor. See Status Report for further deadlines. (Healy, Bethaney) (Entered: 10/07/2004) |
| 10/07/2004 |  | Case as to Robert Knowles no longer referred to Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 03/23/2005) |
| 11/23/2004 | 27 | Deft's motion to ext. time for a week from 11/24/2004 to file his motions as to Robert Knowles filed. (Finn, Mary) (Entered: 11/23/2004) |
| 11/29/2004 |  | Magistrate Judge Kenneth P. Neiman.ELECTRONIC ORDER granting 27 Motion for Extension of Time for one week to file motions as to Robert Knowles (1) ENTERED, cc:cl. ALLOWED. Defendant's motion to suppress shall be filed by December 1, 2004, with the Government's response due by December 22, 2004. Counsel shall appear for an initial |

| | | |
|---|---|---|
| | | pretrial conference and hearing on the motion to suppress on January 7, 2005, at 2:00 p.m. in Courtroom One. The December 20, 2004 conference is cancelled. (Healy, Bethaney) (Entered: 11/29/2004) |
| 12/01/2004 | 28 | MOTION to Suppress Unlawful Search and Seizure Including Seizure of Defendant's Person and the Fruits thereof, filedas to Robert Knowles. (Healy, Bethaney) (Entered: 12/02/2004) |
| 12/01/2004 | 29 | MEMORANDUM in Support by Robert Knowles of 28 MOTION to Suppress Unlawful Search and Seizure Including Seizure of Defendant's Person and the Fruits thereof, filed. (Healy, Bethaney) (Entered: 12/02/2004) |
| 12/01/2004 | 30 | MOTION to Suppress Statements as to Robert Knowles, filed. (Healy, Bethaney) (Entered: 12/02/2004) |
| 12/01/2004 | 31 | MEMORANDUM in Support by Robert Knowles re 30 MOTION to Suppress Statements, filed. (Healy, Bethaney) (Entered: 12/02/2004) |
| 12/14/2004 | 32 | Assented to MOTION for Extension of Time to 12/22/04 to File Response/Reply as to 28 MOTION to Suppress, 30 MOTION to Suppress as to Robert Knowles by USA. (Smyth, Paul) (Entered: 12/14/2004) |
| 12/15/2004 | | Judge Kenneth P. Neiman : ELECTRONIC ORDER entered granting 32 the Government's Motion for Extension of Time to December 29, 2004, to File Response/Reply as to Robert Knowles (1). (Neiman, Kenneth) (Entered: 12/15/2004) |
| 12/29/2004 | 33 | Opposition by USA as to Robert Knowles re 28 MOTION to Suppress, 30 MOTION to Suppress (Smyth, Paul) (Entered: 12/29/2004) |
| 01/02/2005 | 34 | Amended MEMORANDUM in Opposition by USA as to Robert Knowles re 28 MOTION to Suppress, 30 MOTION to Suppress (Smyth, Paul) (Entered: 01/02/2005) |
| 01/07/2005 | | Judge Michael A Ponsor : ENDORSED ORDER entered denying the Deft's 28 Motion to Suppress as to Robert Knowles (1. Probable cause was abundantly demostrated, no bases for suppression under Franks exists; cc/cl. (Finn, Mary) (Entered: 01/10/2005) |
| 01/07/2005 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Hearing on motion to suppress as to Robert Knowles held on 1/7/2005. After hearing motion is DENIED. (Court Reporter Alice Moran.) (Stuckenbruck, John) (Entered: 01/11/2005) |
| 02/08/2005 | 35 | NOTICE OF HEARING ON MOTION as to Robert Knowles Motion Hearing (Evidentiary Hearing) reset for 2/28/2005 02:30 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 02/08/2005) |
| 02/16/2005 | 36 | NOTICE OF RESCHEDULING as to Robert Knowles Evidentiary Hearing reset for 3/2/2005 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (Per defendant's request due to scheduling conflicts) |

| | | |
|---|---|---|
| | | Motion to be filed for record(French, Elizabeth) (Entered: 02/16/2005) |
| 03/02/2005 | | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor :Evidentiary Motion Hearing as to Robert Knowles held on 3/2/2005 re: 30 MOTION to Suppress filed by Robert Knowles. Exhibits 1-3 in evidence. Deft's supp. memo to be filed by 3/9/05. Govt's reply to be filed by 3/16/05. Motion then to be taken under advisement. Jury Trial set for 4/20/2005 09:00 AM in Courtroom 1 before Judge Michael A Ponsor. (Court Reporter Alice Moran.) (Stuckenbruck, John) (Entered: 03/03/2005) |
| 03/09/2005 | 37 | Deft's MOTION to ext. time to file his suppl. motion to suppress from 3/09/2005 to 3/16/2005 as to Robert Knowles filed. (Finn, Mary) (Entered: 03/09/2005) |
| 03/09/2005 | | Judge Michael A Ponsor : ENDORSED ORDER entered granting the Deft's 37 Motion for Extension of Time to 3/16/2005 to file suppl. motion to suppress as to Robert Knowles (1). Govt's reply due 3/23/2005; cc/cl. (Finn, Mary) (Entered: 03/09/2005) |
| 03/09/2005 | | Set/Reset Deadlines as to Robert Knowles: Deft's suppl. motion to suppress due by 3/16/2005, with the Govt's resp. due by 3/23/2005. (Finn, Mary) (Entered: 03/09/2005) |
| 03/16/2005 | 38 | SUPPLEMENTAL MEMORANDUM in Support by Robert Knowles re 30 MOTION to Suppress (Stuckenbruck, John) (Entered: 03/17/2005) |
| 03/16/2005 | 39 | MOTION to Produce Criminal Records filed by Robert Knowles.. (Stuckenbruck, John) (Entered: 03/17/2005) |
| 03/22/2005 | 40 | TRANSCRIPT of Proceedings as to Robert Knowles held on 3/2/05 before Judge Michael A. Ponsor. Court Reporter: Alice Moran. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Lindsay, Maurice) (Entered: 03/22/2005) |
| 03/22/2005 | 41 | Assented to MOTION for Extension of Time to 3/30/05 to File Response/Reply as to 38 Memorandum in Support as to Robert Knowlesby USA. (Smyth, Paul) (Entered: 03/22/2005) |
| 03/22/2005 | 42 | Amended MOTION for Extension of Time to 3/30/05 to File Response/Reply as to 38 Memorandum in Support as to Robert Knowlesby USA. (Smyth, Paul) (Entered: 03/22/2005) |
| 03/28/2005 | 43 | Gvot's Letter (non-motion) regarding possible change of plea as to Robert Knowles filed. (Finn, Mary) (Entered: 03/28/2005) |
| 03/31/2005 | 44 | MEMORANDUM in Opposition by USA as to Robert Knowles re 42 Amended MOTION for Extension of Time to 3/30/05 to File Response/Reply as to 38 Memorandum in Support (Smyth, Paul) (Entered: 03/31/2005) |
| 03/31/2005 | | Judge Michael A Ponsor : ENDORSED ORDER entered denying 30 Motion to Suppress as to Robert Knowles (1). DENIED, without |

| | | |
|---|---|---|
| | | prejudice - the court having been informed that this case will be resolved by a plea. So ordered. cc/cl (Lindsay, Maurice) (Entered: 04/01/2005) |
| 04/06/2005 | | Judge Michael A Ponsor : Electronic ORDER entered denying 39 Motion to Produce as to Robert Knowles (1) "The Court has been informed that the defendant will be pleading guilty" (French, Elizabeth) (Entered: 04/06/2005) |
| 04/15/2005 | | NOTICE OF HEARING as to Robert Knowles Court notified trial will not go forward Change of Plea Hearing set for 4/20/2005 10:00 AM in Courtroom 1 before Judge Michael A Ponsor. All counsel notified by phone (French, Elizabeth) (Entered: 04/15/2005) |
| 04/19/2005 | 45 | Application for Writ of Habeas Corpus ad Prosequendum issued by the Court as to Robert Knowles for 4/20/2005 at 10:00 A.M. for a change of plea hearing forwarded to the Marshals for service. (Finn, Mary) (Entered: 04/19/2005) |
| 04/20/2005 | | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor :Change of Plea Hearing as to Robert Knowles held on 4/20/2005, Plea entered by Robert Knowles (1) Guilty Count 1. Government to file written joint report by 6/17/05 with proposed sentencing date. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 04/21/2005) |
| 04/20/2005 | 46 | SEALED MOTION as to Robert Knowlesby USA. (French, Elizabeth) (Entered: 04/21/2005) |
| 04/20/2005 | | *SEALED* Judge Michael A Ponsor : Electronic ORDER entered granting [46] Sealed Motion as to Robert Knowles (1) also sealing document number 47 (French, Elizabeth) (Entered: 04/21/2005) |
| 06/17/2005 | 48 | STATUS REPORT re: Sentencing date by USA as to Robert Knowles (Smyth, Paul) (Entered: 06/17/2005) |
| 06/23/2005 | 49 | NOTICE OF HEARING as to Robert Knowles Sentencing set for 8/18/2005 02:30 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 06/23/2005) |
| 06/23/2005 | | Set/Reset Hearings as to Robert Knowles: Sentencing set for 8/18/2005 02:30 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 06/23/2005) |
| 07/13/2005 | 50 | Govt's Assented to SEALED MOTION to Continue the sentencing date of 8/18/2005 as to Robert Knowlesby USA FILED UNDER SEAL. (Finn, Mary) (Entered: 07/13/2005) |
| 07/13/2005 | | Judge Michael A Ponsor : Electronic ORDER entered granting [50] Motion to Continue Sentencing as to Robert Knowles (1) Sentencing continued to 9/28/05 @ 2:00 PM. (Stuckenbruck, John) (Entered: 07/13/2005) |
| 07/13/2005 | | Reset Hearings as to Robert Knowles: Sentencing set for 9/28/2005 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (Stuckenbruck, John) (Entered: 07/13/2005) |

| | | |
|---|---|---|
| 07/13/2005 | 51 | Govt's MOTION to Seal [50] motion to cont. the 8/18/2005 sentencing hearingas to Robert Knowlesby USA filed. (Finn, Mary) (Entered: 07/13/2005) |
| 07/13/2005 | | Judge Michael A Ponsor : ELECTRONIC ENDORSED ORDER entered granting the Govt's [51] Motion to Seal [50] motion to cont. the 8/18/2005 sentencing hearing as to Robert Knowles (1); cc/cl. (Finn, Mary) (Entered: 07/13/2005) |
| 09/09/2005 | 52 | Assented to MOTION to Continue as to Robert Knowles. (Black, Alan) (Entered: 09/09/2005) |
| 09/14/2005 | | Judge Michael A Ponsor : Electronic ORDER entered granting 52 Motion to Continue Sentencing as to Robert Knowles (1) Sentencing reset to 10/17/05 at 2:30 p.m. (French, Elizabeth) (Entered: 09/14/2005) |
| 09/14/2005 | | Set/Reset Deadlines/Hearings as to Robert Knowles: Sentencing reset for 10/17/2005 02:30 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 09/14/2005) |
| 10/04/2005 | 53 | Govt's SEALED MOTION to Continue the sentencing hearing set for 10/17/2005 as to Robert Knowlesby USA FILED UNDER SEAL. (Finn, Mary) (Entered: 10/04/2005) |
| 10/04/2005 | 54 | Govt's MOTION to Seal the [53] motion to continue the 10/17/2005 sentencing hearingas to Robert Knowlesby USA filed. (Finn, Mary) (Entered: 10/04/2005) |
| 10/04/2005 | | Judge Michael A Ponsor : ELECTRONIC ENDORSED ORDER entered granting the Govt's 54 Motion to Seal the [53] motion to cont. the 10/17/2005 sentencing hearing as to Robert Knowles (1); cc/cl. (Finn, Mary) (Entered: 10/04/2005) |
| 10/07/2005 | | Judge Michael A Ponsor : ElectronicORDER entered granting [53] Motion to Continue Sentencing as to Robert Knowles (1) Sentencing reset to 12/14/05 at 3:00 p.m. (French, Elizabeth) (Entered: 10/07/2005) |
| 10/07/2005 | | Set/Reset Hearings as to Robert Knowles: Sentencing RESET for 12/14/2005 03:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 10/07/2005) |
| 12/14/2005 | 55 | Deft's MOTION for Leave to Proceed In Forma Pauperis on his appeal (to waive appeal filing fee) as to Robert Knowles filed.. (Attachments: # 1 - financial affidavit and application to proceed in forma pauperis - documents not scanned and sealed)(Finn, Mary) (Entered: 12/14/2005) |
| 12/14/2005 | 56 | NOTICE OF APPEAL by Robert Knowles filed. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. (Finn, Mary) (Entered: 12/14/2005) |
| 12/14/2005 | | ElectronicClerk's Notes for proceedings held before Judge Michael A |

| | | |
|---|---|---|
| | | Ponsor : Sentencing held - Judgment to issue (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 12/15/2005) |
| 12/20/2005 | 57 | Judge Michael A Ponsor : Electronic ORDER entered. JUDGMENT as to Robert Knowles (1), Count(s) 1, 180 mos imprisonment; Jud. Rec. Def be allowed to serve this sentence at the Federal Facility located in Ft. Devens, MA and that he be permitted to participate in the 500 hour intensive drug abuse treatment program; Def. remanded to Marshals; Supervised release 3 yrs; def. shall not poss. firearm; def. shall cooperate in collection of DNA; Participate in program for substance abuse as directed; Use true name and prohibited from the use of any aliases, false dates of birth, false social security numbers, incorrect places of birth, and any other pertinent incorrect identifying information; $100 assessment fee due immediately; (French, Elizabeth) (Entered: 12/21/2005) |
| 01/10/2006 | | Original file and docket sheet forwarded to the Appeals Clerk. (Finn, Mary) (Entered: 01/10/2006) |