UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

USCA Docket Number: 06-1121

USDC Docket Number : 04-cr-30019

United States of America

v.

Robert Knowles

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 60, 61 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 14, 2006.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 2/14/06 .

_____
Deputy Clerk, US Court of Appeals